# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| LAWRENCE GRISSET, SAMUEL GRISSET, AND ROBIN DUNN, AS NEXT FRIEND OF TANNER DUNN, A MINOR CHILD | § § § § | CIVIL ACTION NO. **6:24-CV-00150** |
| VS. | § § | *JURY DEMANDED* |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY | § § § § § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, State Farm Mutual Automobile Insurance Company, and files this its *Notice of Removal* pursuant to 28 U.S.C. §§ 1441 and 1446 and, in support thereof, said Defendant would show the Court the following:

**1.** **Introduction/Background:** On or about May 31, 2024, Plaintiffs, Lawrence Grisset, Samuel Grisset and Robin Dunn as next friend of Tanner Dunn, filed their *Plaintiffs' Original Petition and Request for Deposition* in the District Court of Leon County, Texas, 278th Judicial District, Cause No. 24-145-DCCV-0030, naming State Farm Mutual Automobile Insurance Company and Farmers Texas County Mutual Insurance Company as the Defendants in said case. State Farm Mutual Automobile Insurance Company was served with citation and process on or about February 22, 2024. State Farm Mutual Insurance Company then timely appeared and answered in state court on March 18. 2024.

**2. Grounds for Removal**. As set forth in *Plaintiffs' Original Petition*, Plaintiffs, Lawrence Grissett, Samuel Grissett, and Robin Dunn as next friend of Tanner Dunn, are residents of Texas for diversity of citizenship jurisdiction purposes. Furthermore, although said Plaintiffs served an alleged registered agent for service in Texas for State Farm Automobile Insurance Company, State Farm Automobile Insurance Company is actually a resident of Illinois for diversity of citizenship jurisdiction purposes. Consequently, there is complete diversity of citizenship between the parties involved in this case and it is subject to removal based on same. In addition, State Farm Automobile Insurance Company will show that the subject case involves an amount in controversy in excess of $250,000.00, exclusive of interests and costs, and the lawsuit is between citizens of different states. This case is therefore removable based on diversity of citizenship pursuant to 28 U.S.C.A. §§ 1332 and 1441.

**3. Compliance With Removal Statutes**. State Farm Mutual Automobile Insurance Company has complied with the requirements for removal set forth in 28 U.S.C. §1446(b), as stated above, and timely files this its *Notice of Removal* within thirty days of receipt of the service of citation and process.

**4.** Pursuant to Local Rule CV-81, State Farm Mutual Automobile Insurance Company hereby provides the following information:

    a. **List of Parties:**

        Plaintiffs:     Lawrence Grissett, Samuel Grisset, and Robin Runn as Next Friend of Tanner Dunn

        Defendant:     State Farm Mutual Automobile Insurance Company and Famers Texas County Mutual Insurance Company

    b.    **Attachments:**

        1.    Civil Cover Sheet (Ex. A)
        2.    Copy of State Court Docket Sheet-per the District Clerk (Ex. B)
        3.    Plaintiffs Original Petition (Ex. C)
        4.    Service of Process (Ex. D)
        5.    Defendant's Original Answer (Ex. E)

    c.    **List of Attorneys to date:**

**Counsel for Plaintiffs:**

David Hammit
Lead Counsel
State Bar No. 08857660
david@hammitlaw.net

David Hammit, LLC
109 South Madison Street
Madisonville, Texas 77864
936/349-1600  Office
936/349-0505  Fax

**Counsel for Defendant, State Farm Mutual Automobile Insurance Company:**

Robert S. Davis
Lead Counsel
State Bar No. 05544200
rsd@flowersdavis.com

Preston W. McGee
State Bar No.  13620600
pmcgee@flowersdavis.com

FLOWERS DAVIS, P.L.L.C.
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
903/534-8063  Office
903/534.1650  Fax

**Counsel for Defendant, Farmers Texas County Mutual Insurance Company:**

Sarah H. Long
State Bar No. 24036798
Sarah.Long@wbclawfirm.com

Walters Balido & Crain
10400 Noth Central Expressway, Suite 1500
Dallas, Texas 75231

    d.    A jury demand was made in the state court action by Plaintiffs and the Defendant, and as part of its removal, Defendant hereby makes demand for a jury trial.

    e.    This case is being removed from the District Court of Leon County, Texas, 278th Judicial District, Cause No. 24-145-DCCV-00030.

5.    Based on the history of the underlying insurance claim and the allegations made in *Plaintiffs' Original Petition*, the Plaintiffs clearly seek compensatory and additional damages in excess of $250,000.00, plus attorney's fees. Plaintiffs have also asserted many extra-contractual claims against State Farm Lloyds, which carry with them the possibility of treble damages and/or punitive damages. All told, the allegations made clearly place the amount in controversy in this case within jurisdictional limits of this Court. *See Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998).

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 Facsimile

By: _____
**ROBERT S. DAVIS**
State Bar No. 05544200
rsd@flowersdavis.com
Lead Counsel and Attorney-in-Charge

**J. MITCHELL BEARD**
State Bar No. 01973600
jmb@flowersdavis.com

**ATTORNEYS FOR DEFENDANT,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served on counsel for Plaintiffs in the above entitled and numbered cause on March 22, 2024 in the following manner:

  X     Via ECF and/or Via Email

_____
**ROBERT S. DAVIS**